UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DORIAN TREVOR SYKES,
#31185-039,

    Plaintiff,                                    Civil Action No. 20-CV-13361

vs.                                              HON. BERNARD A. FRIEDMAN

GENESEE COUNTY, et al.,

    Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter is presently before the Court on plaintiff's motion for immediate injunctive relief [docket entry 4] and plaintiff's motion for summary judgment [docket entry 21]. Magistrate Judge Curtis Ivy Jr. has issued a Report and Recommendation ("R&R") in which he recommends that both motions be denied. No party has objected to the R&R and the objection period has expired. The Court has reviewed these motions and the R&R and agrees with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that Magistrate Judge Ivy's R&R is hereby accepted and adopted as the findings and conclusions of the Court [docket entry 30].

IT IS FURTHER ORDERED that plaintiff's motion for immediate injunctive relief is denied [docket entry 4].

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied without prejudice [docket entry 21].

                                                s/Bernard A. Friedman
                                                Bernard A. Friedman
Dated: April 12, 2021              Senior United States District Judge
       Detroit, Michigan

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 12, 2021.

| | |
|---|---|
| Dorian Trevor Sykes #31185-039 | s/Johnetta M. Curry-Williams |
| Milan Federal Correctional Institution | Case Manager |
| Inmate Mail/Parcels | |
| P.O. BOX 1000 | |
| MILAN, MI 48160 | |