UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DORIAN TREVOR SYKES,

    Plaintiff,                                                 Civil Action No. 20-CV-13361

vs.                                                        HON. BERNARD A. FRIEDMAN

COUNTY OF GENESEE, et al.,

    Defendants.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is presently before the Court on plaintiff's motion for summary judgment (docket entry 52) and plaintiff's motion for leave to file summary judgment (docket entry 53). Magistrate Judge Curtis Ivy Jr. has submitted a Report and Recommendation ("R&R") in which he recommends that the first motion be denied without prejudice and that the second motion be denied. No party has objected to the R&R, and the objection period has expired.

Having reviewed the complaint, plaintiff's motions, and defendants' responses, the Court agrees with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that Magistrate Judge Ivy's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for leave to file summary judgment is denied.

Dated: June 16, 2021
      Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE