UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DORIAN TREVOR SYKES,<br>  Plaintiff,<br>v.<br><br>GENESEE COUNTY, CORIZON<br>HEALTH CORPORATION, and<br>TAQUANA SCALES,<br>  Defendants.<br>_____/ | Case No.: 20-13361<br><br>Shalina D. Kumar<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

### ORDER GRANTING TAQUANA SCALES' MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE (ECF No. 228)

  Defendant Genesee County previously moved to extend scheduling order deadlines to allow it time to schedule and take Plaintiff's deposition at the correctional facility at which he is housed in Florida. The County asked to extend the discovery deadline to May 27, 2022 and the dispositive motion deadline to June 24, 2022. The Court granted that motion and extended dates as to Genesee County only. (ECF No. 215). Defendant Corizon then moved to extend its dispositive motion deadline to June 24, 2022, (ECF No. 225), which the Court granted (ECF No. 227).

  Now, defendant Taquana Scales moves to extend her dispositive motion deadline to June 24, 2022. (ECF No. 228). Federal Rule of Civil Procedure 16(b)(4) states, "A schedule may be modified only for good cause and with the

judge's consent." *Id*. "The primary measure of Rule 16 'good cause' standard is the moving party's diligence in attempting to meet the case management order's requirements." *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6th Cir. 2002) (internal quotation marks and citation omitted). The court should also consider possible prejudice to the party opposing the modification. *Id.*

In support of the motion, Scales states she requests an extension of the dispositive motion deadline because she will be relying on Plaintiff's deposition, which was scheduled to take place May 5, 2022, in drafting a dispositive motion or responses. (ECF No. 228, PageID.2086-88).

The motion is **GRANTED**. Scales had no control over the scheduling of Plaintiff's deposition, and thus her diligence is not an issue here. And there is no risk of harm to Plaintiff by extending the dispositive motion deadline to same date as Genesee County's and Corizon's dispositive motion deadline.

The dispositive motion deadline **for all parties** is June 24, 2022.

**IT IS SO ORDERED**.

The parties to this action may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order

to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date:  May 16, 2022                    s/Curtis Ivy, Jr.
                                       Curtis Ivy, Jr.
                                       United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 16, 2022, by electronic means and/or ordinary mail.

                                       s/Kristen MacKay
                                       Case Manager
                                       (810) 341-7850